WR-81,360-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/29/2015 12:33:49 PM
Accepted 5/29/2015 1:12:21 PM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS**

EX PARTE

§
§
§
§
§
§

**NO. WR-81, 360-01**

FILED IN
COURT OF CRIMINAL APPEALS

May 29, 2015

ABEL ACOSTA, CLERK

DERRICK KEITH COOKE

### MOTION FOR EXTENSION OF TIME TO FILE APPLICANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Derrick Keith Cooke, Appellant, and files this motion for an extension until May 29, 2015, to file his Brief. In Support thereof, Applicant would show as follows:

I.

The deadline for filing Appellant's Brief was May 26, 2015. This is Applicant's first request for an extension of time.

III.

Appellant's request for an extension is based on the following facts: Counsel for Applicant Cooke was in an aggravated sexual assault trial in the 213th District Court of Tarrant County, Texas from May 15 through May 22, 2015. In addition Counsel fro Applicant Cooke had a flood in his office on May 24, 2015, and was unable to complete Applicant's Brief. As a result, counsel is requesting an extension until May 29, 2015, to adequately discharge his duty to his client.

Respectfully submitted,

Stickels & Associates, P.C.
John W. Stickels
P. O. Box 121431
Arlington, Texas 76012
Phone: (817) 479 - 9282
Fax: (817) 622 - 8071

BY: /S/ John W. Stickels
John W. Stickels
State Bar No. 19225300
Attorney for Derrick Keith Cooke

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of May, 2015, a true and correct copy of the above and foregoing Motion has been served on the Assistant Criminal District Attorney at 401 W. Belknap, Fort Worth, Texas 76196.

/S/ John W. Stickels
John W. Stickels

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 29th day of May, 2015, a conference was held between my office and a representative for the Tarrant County District Attorney's Office, and she stated that she is not opposed to the granting of Appellant's Motion for Extension of Time.

/S/ John W. Stickels
John W. Stickels